# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**774**

**CA 12-00674**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

TODD M. HOBIN, PLAINTIFF-RESPONDENT,

V                                                                ORDER

CANDICE L. HOBIN, DEFENDANT-APPELLANT.

---

CANDICE L. HOBIN, DEFENDANT-APPELLANT PRO SE.

GETNICK, LIVINGSTON, ATKINSON & PRIORE, LLP, UTICA (THOMAS L. ATKINSON OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

JOHN G. KOSLOSKY, ATTORNEY FOR THE CHILD, UTICA.

---

Appeal from an order of the Supreme Court, Oneida County (David A. Murad, J.), entered December 15, 2011. The order, inter alia, granted plaintiff sole legal and physical custody of the parties' youngest child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  June 7, 2013                              Frances E. Cafarell
                                                   Clerk of the Court